UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>ROADSTONE CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 08-11421 GAO<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), as the Plaintiff and Defendants have agreed to settle the above-captioned matter, the parties hereby stipulate to dismiss the above referenced complaint with prejudice and with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| For the Plaintiff,<br>Charles Langone, Fund Manager<br>New England Teamsters and Trucking<br>Industry Pension Fund<br>By his Attorneys, | For the Defendant,<br>Roadstone Corporation<br><br><br><br>By its Attorney, |
| /s/ Catherine M. Campbell<br>Catherine M. Campbell, Esq.<br>BBO # 549397<br>Feinberg, Campbell, Zack, PC<br>177 Milk Street, Suite 300<br>Boston, MA 02109<br>(617)338-1976 | /s/ David W. McCarter<br>David W. McCarter, Esq.<br>BBO # 542261<br>Law Office of David W. McCarter<br>85 – Rear Park Street<br>Stoughton, MA 02072<br>(781) 344-5030 |
| Dated: October 20, 2010 | Dated: October 20, 2010 |

## **CERTIFICATE OF SERVICE**

      I, Catherine M. Campbell, hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date:  October 20, 2010                                /s/Catherine M. Campbell
                                                                          Catherine M. Campbell